EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2026 TSPR 28 |
| Máximo Molina Fragosa | 217 DPR ___ |

Número del Caso:  TS-5,739


Fecha:  17 de marzo de 2026


Representante legal del peticionario:

    Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Máximo Molina Fragosa                    TS-5,739

RESOLUCIÓN

En San Juan, Puerto Rico, a 17 de marzo de 2026.

Atendida la *Moción solicitando reinstalación al ejercicio de la abogacía por haber cumplido con la educación continua* presentada por el Sr. Máximo Molina Fragosa, así como la Certificación del Programa de Educación Jurídica Continua, se provee ha lugar. Se reinstala al ejercicio de la abogacía al Sr. Máximo Molina Fragosa.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo